IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEVILLE PORRAS,<br><br>    Petitioner,<br><br>  v.<br><br>RANDY GROUNDS, Warden,<br><br>    Respondent.<br>_____/ | No. C 09-04936 CW (PR)<br><br><u>Ninth Circuit Case No.</u><br><u>11-17284</u><br><br>ORDER DENYING LEAVE TO PROCEED<br>IN FORMA PAUPERIS ON APPEAL;<br><br>(Docket no. <u>24</u>) |

    Petitioner filed this pro se petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 based upon Governor Arnold Schwarzenegger's reversal of the decision by the Board of Parole Hearings finding Petitioner suitable for parole.  On February 15, 2011, the Court denied the petition, in accordance with the United States Supreme Court's decision in <u>Swarthout v. Cooke</u>, 131 S. Ct. 859 (2011).  By that same order, the Court denied a certificate of appealability.

    Thereafter, Petitioner filed a notice of appeal and a motion for reconsideration or, alternatively, request for a certificate of appealability.  The Ninth Circuit dismissed the appeal for lack of jurisdiction because the notice of appeal was untimely.  In so doing, the Ninth Circuit stated: "This dismissal is without prejudice to the filing of a timely notice of appeal from the district court's decision on appellant's pending motion for reconsideration."  <u>Porras v. Grounds</u>, Case No. 11-15827 (July 11, 2011).

    On September 8, 2011, this Court denied the motion for reconsideration, and also denied Petitioner's renewed request for a

certificate of appealability and his motion to proceed <u>in forma pauperis</u> on appeal.

Petitioner then filed another notice of appeal in the Ninth Circuit, and was informed on September 26, 2011, that the appeal would not go forward until the Ninth Circuit determines whether a certificate of appealability should issue.  Docket no. 23.  On September 30, 2011, Petitioner filed, in this Court, a renewed motion to proceed <u>in forma pauperis</u> on appeal.

The Ninth Circuit has not yet determined whether a certificate of appealability should issue, and the Court finds Petitioner is not entitled to proceed <u>in forma pauperis</u> on appeal.  Accordingly, his motion is DENIED.

The Clerk of the Court shall forward a copy of this Order to the Ninth Circuit.

This Order terminates Docket no. 24.

IT IS SO ORDERED.

Dated: 5/25/2012

CLAUDIA WILKEN
UNITED STATES DISTRICT JUDGE

2